# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

CLARENCE MOTT,

    Plaintiff,

v.

U.S. TREASURY DEPT., et al.,

    Defendants.

Case No. 21-cv-03995-PJH

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner in Louisiana proceeding pro se, filed a civil action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the court. The case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**

Dated: July 12, 2021

                                            /s/ Phyllis J. Hamilton
                                            PHYLLIS J. HAMILTON
                                            United States District Judge